**In the ESTATE OF Florence BELL, Deceased.**

**Justin M. Bell, Appellant,**

v.

**Roland BELL, Deceased; Randy Bell and Dennis Bell, Personal Representative for Roland Bell, and Marc Bell and Allison Bell, Husband and Wife, and Kevin K. Anderson, Personal Representative, Respondents.**

**No. WD 73781.**

Missouri Court of Appeals,
Western District.

Aug. 14, 2012.

Richard A. Koehler, Butler, MO, for appellant.

William C. Hopkins, II, Harold L. Caskey, and Robert T. Wilhelmus, Butler, MO; Matthew D. Lowe, Clinton, MO; Eric M. Landoll, Nevada, MO, for respondents.

Kevin K. Anderson, respondent acting pro se.

Division Three: JAMES M. SMART, JR., P.J., VICTOR C. HOWARD and JAMES E. WELSH, JJ.

## ORDER

PER CURIAM:

Justin M. Bell appeals the trial court's Order and Judgment authorizing the Personal Representative in the Estate of Florence Bell to settle all claims on the terms proposed and the court's denial of various motions filed by Justin Bell. The judgment is affirmed. Rule 84.16(b).